Darolyn Y. Hamada (SBN: 192334)
dhamada@shb.com
Gabriel S. Spooner (SBN: 263010)
gspooner@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant Hoffmann-La Roche Inc.
(erroneously sued as Hoffman-LaRoche, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DAVIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BARTON MEMORIAL HOSPITAL, HOFFMAN-LaROCHE, INC., and DOES ONE through ONE HUNDRED, inclusive,<br><br>    Defendants. | Case No.: 3:13-cv-05051-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**ORDER GRANTING RESCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Current Date: March 18, 2014<br>Requested Date: April 22, 2014<br>Time: 2:00 p.m.<br>Courtroom: 2 (17th Floor)<br><br>Complaint filed: October 24, 2013 |

Based on the stipulation and request of counsel for Plaintiff and HLR, and good cause showing therefrom, the Case Management Conference is rescheduled to April 22, 2014, at 2:00 p.m.

Dated: February 12, 2014

_____
Honorable William H. Orrick
Judge of the U.S. District Court

187693 V1