UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DAVIS,<br>   Plaintiff,<br>  v.<br>BARTON MEMORIAL HOSPITAL,<br>   Defendant. | Case No. 13-cv-05051-WHO<br><br>**ORDER TO SHOW CAUSE** |

  Failing to comply with the Civil Local Rules and this Court's Orders, no party appeared at the case management conference on April 22, 2014, and no party filed a case management conference statement in advance of the scheduled conference.

  THE COURT therefore issues an ORDER TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and why sanctions should not be imposed for lack of compliance with the Court's Orders and the Civil Local Rules.

  The hearing on the order to show cause will be held on May 20, 2014 at 2:00 p.m. in Courtroom 2 on the 17th floor, 450 Golden Gate Avenue, San Francisco, CA.  Any papers explaining the parties' lack of compliance shall be filed by May 13, 2014.  If the parties fail to adequately explain their conduct, the case may be dismissed for failure to prosecute and sanctions may be imposed.

  **IT IS SO ORDERED.**

Dated: April 23, 2014

WILLIAM H. ORRICK
United States District Judge