1  JOHN ECHEVERRIA  (CA State Bar #55609)
   ECHEVERRIA LAW OFFICE
2  9432 Double R Boulevard
   Reno, Nevada  89521
3  Telephone:  (775) 786-4800
   Facsimile:  (775) 786-4808
4  Email: je@eloreno.com

5        LAW OFFICES OF
   WALKUP, MELODIA, KELLY & SCHOENBERGER
6        A PROFESSIONAL CORPORATION

7  650 CALIFORNIA STREET, 26TH FLOOR
   SAN FRANCISCO, CALIFORNIA 94108-2615
   (415) 981-7210

8
9  RICHARD H. SCHOENBERGER (State Bar #122190)
   rschoenberger@walkuplawoffice.com
   MATTHEW D. DAVIS (State Bar #141986)
10 mdavis@walkuplawoffice.com
   **ATTORNEYS FOR PLAINTIFFS**
11

12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
   NORMAN DAVIS,                              Case No. 3:13-CV-05051-WHO
17
                  Plaintiffs,                 **STIPULATION OF VOLUNTARY
18                                            DISMISSAL PURSUANT TO F.R.C.P.
   v.                                         41(a)(1)(A)(ii)**
19
   HOFFMAN-LaROCHE, INC., BARTON
20 MEMORIAL HOSPITAL, and DOES ONE
   through ONE HUNDRED, inclusive,
21
                  Defendants.
22

23      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

24 respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice

25 against the defendants Barton Memorial Hospital and all DOE Defendants pursuant to the Federal

26 Rules of Civil Procedure 41(a)(1)(A)(ii). There are no more defendants remaining in this action

27 and the parties respectively request that the action be dismissed in its entirety.

28 ////

| | | |
|---|---|---|
| 1 | Dated: April 9, 2014 | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| 2 | | |
| 3 | | *signature* |
| 4 | | MATTHEW D. DAVIS |
| 5 | | Attorneys for Plaintiffs |
| 6 | Dated: April 23, 2014 | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| 7 | | |
| 8 | | |
| 9 | | *signature* |
| 10 | | THOMAS O. PERRY |
| | | Attorneys for Defendant Barton Memorial Hospital |

12 ///
13 ///
14 ///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II) - CASE NO. 3:13-CV-05051-WHO

1  It is so ordered.

2  Dated: _____

3  _____
   WILLIAM H. ORRICK
4  UNITED STATES DISTRICT JUDGE