JOHN ECHEVERRIA (CA State Bar #55609)
ECHEVERRIA LAW OFFICE
9432 Double R Boulevard
Reno, Nevada 89521
Telephone: (775) 786-4800
Facsimile: (775) 786-4808
Email: je@eloreno.com

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DAVIS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HOFFMAN-LaROCHE, INC., BARTON MEMORIAL HOSPITAL, and DOES ONE through ONE HUNDRED, inclusive,<br><br>　　　　Defendants. | Case No. 3:13-CV-05051-WHO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Barton Memorial Hospital and all DOE Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). There are no more defendants remaining in this action and the parties respectively request that the action be dismissed in its entirety.

////

1  Dated: April 9, 2014         WALKUP, MELODIA, KELLY & SCHOENBERGER

                                _____
                                MATTHEW D. DAVIS
                                Attorneys for Plaintiffs

6  Dated: April 23, 2014        KROLOFF, BELCHER, SMART, PERRY
                                & CHRISTOPHERSON

                                _____
                                THOMAS O. PERRY
                                Attorneys for Defendant Barton Memorial Hospital

///
///
///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II) - CASE NO. 3:13-CV-05051-WHO

It is so ordered.

Dated: _____

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE